**H.W. BAILEY; J. Dennis David, Petitioners**

v.

**Hubert HYMEL; Director, Office of Worker's Compensation Programs U.S. Department of Labor, Respondents.**

**No. 04–60040. Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 12, 2004.

Andrew L. Plauche, Jr., Wendy K. Lappenga, Plauche, Maselli, Landry & Parkerson, New Orleans, LA, for Petitioners.

Daniel J. Nail, Tibodeaux, LA, Allen Howard Feldman, Gary K. Stearman, Donald Shire, Washington, DC, David Duhon, New Orleans, LA, Thomas O. Shepherd,

**23.** *Id.*

**24.** *Industrias,* 293 F.3d at 921.

**25.** *Cotton,* 535 U.S. at 626.

**416**

Jr., Clerk, Washington, DC, for Respondents.

Before BARKSDALE, EMILO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM: *

The petition for review is denied for the reasons given by the Benefits Review Board.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** *See* 5th Cir. R. 47.6.

